CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
Telephone:   (916) 985-3576
Fax:              (916) 985-4893
Email:          czal47@comcast.net

Attorney for Plaintiff TAMARA KEMPER, [Proposed] Guardian Ad Litem for K. K., a Minor

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA KEMPER, Guardian Ad Litem for K. K., a Minor,<br><br>Plaintiff,<br><br>v.<br><br><br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT, ROBERT SCHLEGEL and DOES 1 to 20,<br><br>Defendants. | CASE NO: 2:09-CV-03222-FCD-EFB<br><br>**MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER THEREON**<br><br>**[FRCP Rule 17(c)(1)(a) and Local Rule 17-202(a)]** |

Comes now TAMARA KEMPER and makes the following motion for her appointment as Guardian Ad Litem for K. K., and represents as follows:

1. TAMARA KEMPER is the mother of K. K. and she is K. K.'s legal guardian. K. K.'s year of birth is 1993 and he is currently 16 years of age.

2. K. K. has a claim against defendants FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT and ROBERT SCHLEGEL on which an action should be brought.

1

1  K. K.'s claim is more fully set forth in the Complaint that is being filed concurrently with
2  this motion for appointment of Guardian Ad Litem.
3      3.    TAMARA KEMPER was not involved in any way in the circumstances or
4  facts alleged in the Complaint that is being filed in this matter and TAMARA KEMPER
5  is not making any demand for damages in this matter on her own behalf.
6      4.    TAMARA KEMPER retained Cyrus Zal, Attorney at Law, to represent her
7  son, K. K., in this matter.
8      5.    TAMARA KEMPER's decision to retain Cyrus Zal as K. K.'s attorney was
9  made on her own initiative and independently of any of the defendants or defendants'
10 representatives in this matter.
11 Pursuant to Rule 17(c)(1)(A) of the Federal Rules of Civil Procedure, and
12 pursuant to Local Rule 17-202(a), TAMARA KEMPER makes the instant motion for
13 her appointment as the Guardian Ad Litem for her son, K. K., in this matter.
14 TAMARA KEMPER respectfully requests the Court to appoint her as the
15 Guardian Ad Litem for her son, K. K., in this matter.

Cyrus Zal, A Professional Corporation

DATED: November 18, 2009        By:    /Cyrus Zal/
                                                          CYRUS ZAL, Attorney for Plaintiff
                                                          TAMARA KEMPER, [Proposed]
                                                          Guardian Ad Litem for K. K., a Minor

**ORDER**

Pursuant to the motion made by TAMARA KEMPER to be appointed the Guardian Ad Litem for her son, K. K., it is hereby ordered that TAMARA KEMPER is appointed the Guardian Ad Litem for K. K. in this matter.

IT IS SO ORDERED.

Dated: November 30, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE