DOMENIC D. SPINELLI, SBN: 131192
LAPLANTE, SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Domenics@lsdnlaw.com
Attorneys For Defendants, FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT AND ROBERT SCHLEGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA KEMPER, Guardian ad Litem for K. K. a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DIS5RICT, ROBERT SCHLEGEL and DOES 1 to 20,<br><br>Defendants.<br>_____/ | Case No.: 2:09-CV-03222-FCD-EFB<br><br>**STIPULATION AND ORDER REGARDING BINDING HIGH/LOW ARBITRATION** |

The parties, by and through their respective counsel of record, hereby agree and stipulate as follows:

1. The above-entitled matter will be decided by binding high/ low arbitration.

2. The parties have agreed to utilize the services of Nicholas Lowe as arbitrator.

3. The high is $25,000 and the low is $5,000.

4. If the arbitrator were to issue an award under $5,000 then plaintiffs would receive the low number of $5,000 as the minimum. If the arbitrator were to issue an award above $25,000 then plaintiffs would receive an award of $25,000 as the maximum. If the arbitrator issues an award between the high and low numbers, then that number will be the award. If the arbitrator issues an award under $5,000 which then entitles plaintiff

to the low number of $5,000, plaintiffs agree that they would not be able to seek and recover any attorney's fees under any cause of action in this matter.  However, any award over $5,000 would allow plaintiff to seek attorney's fees, if applicable, pursuant to the procedure set forth below.

5. Should the arbitrator, Nicholas Lowe, render an award under the 42 U.S.C. §1983 cause of action and said award is over $5,000, he would then decide what attorney's fees and costs plaintiffs would be entitled to, if any.  This would be done by presenting the arbitrator, post award, with a fee and cost bill.  Defendants would then have the opportunity to contest the fee and cost bill with a briefing schedule set by the arbitrator similar to the procedure of a motion to tax costs and fees.  The arbitrator would then make a decision on recoverable fees and costs, if any.

6. Neither party shall conduct discovery, with the exception of obtaining plaintiff's medical records which defendants have subpoenaed from Mercy Medical Center.

7. Two weeks prior to the scheduled arbitration date the parties will exchange witness list and all documents that each side intends to introduce as evidence at the arbitration hearing.

8. The decision of arbitrator on the underlying case and the issue of fees and costs, if any, is binding, and not reviewable by the District court and not appealable.  The arbitrator's award is enforceable by the District court should enforcement be required.

9. Filing of the arbitration award with proof of satisfaction of the award with this court will result in the dismissal of the action with prejudice as to all defendants.

10. By this stipulation, the parties fully understand and agree that they are relinquishing their right to a trial by jury as to this entire matter.

11. The attorneys for the parties herein represent that they have  full and complete authority to enter into this stipulation and bind their clients fully to all terms of this stipulation.

///

///

1  This stipulation may be signed in counterparts to facilitate its timely filing with this court.

Dated:  May 10, 2010                    **CYRUS ZAL, PROFESSIONAL CORPORATION**


By:_____/s/ Cyrus Zal_____
    CYRUS ZAL
    Attorneys for Plaintiffs Tamara Kemper,
    Guardian Ad Litem for K. K., a Minor


Dated:  May 10 , 2010                   **LAPLANTE, SPINELLI, DONALD & NOTT**


By:_____/s/ Domenic D. Spinelli_____
    DOMENIC D. SPINELLI
    Attorneys for Defendants, FOLSOM CORDOVA
    UNIFIED SCHOOL DISTRICT and
    ROBERT SCHLEGEL


**ORDER**

**IT IS SO ORDERED.**

Dated:  May 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE