UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA KEMPER, Guardian ad Litem for K. K. a Minor,<br><br>          Plaintiff,<br><br>   vs.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DIS5RICT, ROBERT SCHLEGEL and DOES 1 to 20,<br><br>          Defendants.<br>_____/ | Case No.:  2:09-CV-03222-FCD-EFB<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

PURSUANT TO THE PARTIES' STIPULATION HEREIN, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice as to all plaintiffs against all defendants.

Dated: October 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LAPLANTE, SPINELLI, DONALD & NOTT

1